IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL NO. _____ |
| v. | : | DATE FILED: _____ |
| LUIS COLON | : | VIOLATION:<br>18 U.S.C. §§ 922(g)(1), 924(e) |
| | : | (possession of firearm by a felon – 1 count) |
| | : | Notice of forfeiture |

### INDICTMENT

### COUNT ONE

**THE GRAND JURY CHARGES THAT**:

On or about June 8, 2020, in Philadelphia, in the Eastern District of Pennsylvania, defendant

**LUIS COLON**,

knowing he had been previously convicted in a court of the Commonwealth of Pennsylvania of a crime punishable by imprisonment for a term exceeding one year, knowingly possessed a firearm, that is, a Remington, model R51, 9mm semi-automatic pistol, with an obliterated serial number, loaded with seven live rounds of 9mm ammunition, and the firearm was in and affecting interstate commerce.

In violation of Title 18, United States Code, Sections 922(g)(1) and 924(e).

## NOTICE OF FORFEITURE

**THE GRAND JURY FURTHER CHARGES THAT:**

As a result of the violation of Title 18, United States Code, Section 922(g)(1) set forth in this indictment, defendant

**LUIS COLON**

shall forfeit to the United States of America all firearms and ammunition involved in the commission of such offense, including, but not limited to:

1. a Remington, model R51, 9mm semi-automatic pistol, with an obliterated serial number; and

2. seven live rounds of Remington Peters 9mm ammunition.

All pursuant to Title 28, United States Code, Section 2461(c) and Title 18, United States Code, Section 924(d).

**A TRUE BILL:**

**GRAND JURY FOREPERSON**

**JENNIFER ARBITTIER WILLIAMS**
**ACTING UNITED STATES ATTORNEY**

2

No._21-_____

## UNITED STATES DISTRICT COURT

Eastern District of Pennsylvania

Criminal Division

### THE UNITED STATES OF AMERICA

vs.

### LUIS COLON

INDICTMENT

Count

18 U.S.C. § 922(g)(1), 924(e) (possession of firearm by a felon– 1 count); Notice of Forfeiture

A true bill.

_____
Foreman

Filed in open court this _____ day,
Of _____ A.D. 20_____

_____
Clerk

Bail, $_____